UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREA PETERSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARCHSTONE COMMUNITIES, LLC**<br>**(Formerly Archstone-Smith Trust),**<br><br>**Defendant.** | Case No. 08-1326 RWR |

## DEFENDANT ARCHSTONE COMMUNITIES, LLC'S CORPORATE DISCLOSURE CERTIFICATE

I, the undersigned, counsel of record for Archstone Communities LLC, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Civ. R. 7.1 of this Court, do certify that to the best of my knowledge and belief, Defendant Archstone Communities, LLC[1] is a wholly-owned subsidiary of Archstone. Archstone, in turn, is a subsidiary jointly owned by Tishman Speyer, a privately held company, and by Lehman Brothers Holdings. No other publicly-held company owns 10% or more of Archstone Communities, LLC's stock. These representations are made in order that judges of this court may determine the need for recusal.

Dated:  August 28, 2008

Respectfully Submitted,

LITTLER MENDELSON, P.C.

By:/s/ Nancy N. Delogu
Nancy N. Delogu (Bar No. 37826)
S. Libby Henninger (Bar No. 976352)
1150 17th Street N.W., Suite 900
Washington, DC  20036
202.842.3400
 Counsel for Defendant Archstone
  Communities, LLC

---

[1] Plaintiff's Complaint incorrectly names "Archstone" as the Defendant. The proper corporate entity is Archstone Communities, LLC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2008, a copy of the foregoing Archstone Communities, LLC's Corporate Disclosure Certificate was served by United States Mail, postage prepaid, ECF, upon the Plaintiff, *pro se*, at the following address:

>Ms. Andrea Peterson
>9700 Commons East Drive
>Apartment I
>Charlotte, NC  28277

/s/ S. Libby Henninger
S. Libby Henninger
