# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 10-7012** | **September Term 2009** |
| | 1:08-cv-01326-RWR |
| | Filed On: February 25, 2010 [1232172] |

Andrea Peterson,

    Appellant

    v.

Archstone, formerly known as
Archstone-Smith Trust,

    Appellee

## O R D E R

Upon consideration of appellant's motion to stay appeal, it is

**ORDERED** that the motion be granted, and this case be held in abeyance pending further order of the court.  See Fed. R. App. P. 4(a)(4)(A)(vi).

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its disposition of appellant's motion for reconsideration filed February 1, 2010.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                      BY:    /s/
                               Mark A. Butler
                               Deputy Clerk