# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-7034**                                                 **September Term, 2013**

1:08-cv-01326-RWR

**Filed On:** October 16, 2013

Andrea Peterson,

       Appellant

       v.

Archstone Communities LLC, formerly known
as Archstone-Smith Trust, also known as
Archstone,

       Appellee

      **BEFORE:**    Garland, Chief Judge, and Tatel* and Brown, Circuit Judges

## O R D E R

      Upon consideration of the lodged expedited motion to transfer, expedited motion for reconsideration of court's order filed July 24, 2013, deferring consideration of appellant's motion to appoint counsel, and expedited motion for injunction, which the court construes as a motion for reconsideration of the court's order filed July 24, 2013, denying appellant's motion for injunctive relief; and the motion to exceed page limits, it is

      **ORDERED** that the motion to exceed page limits be granted. The Clerk is directed to file the lodged document. It is

      **FURTHER ORDERED** that the expedited motion to transfer be denied. The U.S. District Court for the Northern District of Georgia has no jurisdiction to review decisions of the District Court for the District of Columbia. See 28 U.S.C. §§ 1291, 1294. It is

      **FURTHER ORDERED** that the expedited motions for reconsideration be denied. Appellant has not shown any error in the court's order filed July 24, 2013.

### Per Curiam

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                  Timothy A. Ralls
                                  Deputy Clerk

---

\* Circuit Judge Tatel did not participate in this matter.